LEES v. DOBSON et al.

(Supreme Court, Appellate Division, First Department. February 25, 1898.)

RECEIVERS—RIGHTS, POWERS, AND DUTIES.
    A receiver of a partnership represents the members of the firm, and also all of its creditors.

Appeal from special term.

Action by David J. Lees, as receiver of the firm of Rothschild & Schwab, against John Dobson and others. From an order continuing a preliminary injunction, defendants Herman H. Schwietering and others appeal. Affirmed.

Argued before VAN BRUNT, P. J., and RUMSEY, McLAUGHLIN, and INGRAHAM, JJ.

E. T. Goldberg, for appellants.
Franklin Bien, for respondent.

PER CURIAM. In this case the plaintiff is receiver of the firm of Rothschild & Schwab, and as such he represented, not only the members of that firm, but also all the creditors. The case is therefore precisely within the principle established in the case of Bank

v. Goddard, 131 N. Y. 494, 30 N. E. 566, and must be controlled by the rules laid down in that case.

The order should be affirmed, with $10 costs and disbursements.